:Victor-Manuel- Jr: Pizarro
In care of 7260 West Azure Drive, suite 140-173
Las Vegas, Nevada [89130]
Telephone 702-703-4974
Fax 702-224-2103
tribaladministration4we@protonmail.com

Case: 1:21-cv-00194
Assigned To : Unassigned
Assign. Date : 1/21/2021
Description: Pro Se Gen. Civ. (F-DECK)

## United States District Court

## In District of Columbia

:Victor-Manuel-Jr: Pizarro,                    Case number: _____
Plaintiff.
v.
Kenneth Mead, Scott Neilson, H. Sutton,        Demand for Trial by Jury.
Andrea Edlana Mitre, Eric Adam Goodman

## Verified Complaint for Money Damages and [Injunctive] Order for Relief.

:Victor-Manuel-Jr: Pizarro does address Kenneth Michael Mead, Scott Neilson, H Sutton, Andrea Edlana Mitre, and Eric Adam Goodman, named as defendants for relief and for stop order issued by court.

## Venue

~1. Tort action for (a) wrongful trespass, (b) false confinement, (c) privacy breach, (d) slander and defamation of character, (e) tortuous stopping of :Victor-Manuel-Jr: Pizarro's ministerial work and (g) fraud.

~2. For relief in sum: Five Hundred Forty Thousand (540,000.00) dollars, and associated fees.

~3. At all times material to this lawsuit, :Victor-Manuel-Jr: Pizarro was trespassed and held against :Victor-Manuel-Jr: Pizarro's will by defendants in Nevada.

~4. Nevada's union is with United States.

~5. Defendants gave :Victor-Manuel-Jr: Pizarro's name, personal property and identity to other agencies in United States through mail and electronic communication without consent and with no authority.

~6. Defendants interfered with tribal trust property without consent.

**What happened to you?**

~7. November 23, 2020: I, :Victor-Manuel-Jr: Pizarro's right to travel was blocked by plain clothed males with guns who refused to identify themselves.

~8. November 23, 2020: I, :Victor-Manuel-Jr: Pizarro was kidnapped, falsely [ar]rested with no warrant and without my consent.

~9. :Victor-Manuel-Jr: Pizarro was falsely confined.

~10. :Victor-Manuel-Jr: Pizarro was held against my will and falsely confined for 2 days without authority.

~11. While :Victor-Manuel-Jr: Pizarro was falsely confined in jail, :Victor-Manuel-Jr: Pizarro's privacy was breached without :Victor-Manuel-Jr: Pizarro's consent and with no authority.

~12. While falsely confined, :Victor-Manuel-Jr: Pizarro was questioned and harassed several times by defendant Kenneth Michael Mead without a warrant, with no authority.

~13. While falsely confined, :Victor-Manuel-Jr: Pizarro's health was put at risk by being falsely confined and forced in close quarters to others, without being able to socially distance without :Victor-Manuel-Jr: Pizarro's consent.

~14. Private and personal property such as laptops, tribal identification, tribal trust documents and court documents were taken with no authority and without my consent.

**Who wronged you?**
~15. Defendants Kenneth Michael Mead and Andrea Edlana Mitre.

**Who else was involved?**
~16. Defendants Scott Neilson, H Sutton and Eric Adam Goodman.

**How were the defendants each involved?**
~17. November 17, 2020: Kenneth Michael Mead and Scott Neilson impersonated as tribal members to gain access to my personal property without my consent.

~18. November 23, 2020: 3 plain clothed agents conspired with H Sutton and Andrea Edlana Mitre with their guns drawn surrounded claimant at stop.

~19. 2 of the plain clothed men are later identified as Kenneth Michael Mead and Scott Neilson. Kenneth Michael Mead and Scott Neilson threatened to use violence with their weapons to force entry onto :Victor-Manuel-Jr: Pizarro.

~20. November 24, 2020: :Victor-Manuel-Jr: Pizarro was ordered to be set free for lack of evidence of a crime; :Victor-Manuel-Jr: Pizarro was set free on O/R (own recognizance).

~21. :Victor-Manuel-Jr: Pizarro was not set free until midnight November 25, 2020.

~22. Kenneth Michael Mead and Scott Neilson defamed my character by calling me a sovereign citizen and then labeling me black with no rights on November 5th, 23rd, 24th and 30th of 2020. As well as on December 14, 2020 and December 28, 2020.

~23. This is slander and false [mis]presentation because I am original American of the Aniyawiya, Arhuaco/Lokono and Chata (DhBꙨꙋ) tribes, misnomer as the Cherokee, Arawak, Taino, Choctaw, Indian and Native American, which is listed on :Victor-Manuel-Jr: Pizarro's birth certificate.

~24. Tribal members have lost confidence in me serving as a tribal chief minister because of Kenneth Michael Mead's and Scott Neilson's slanderous words and defamation of character.

~25. Since November 23, 2020 to now, I am not able to get back to my normal working routine as a tribal chief minister because Kenneth Michael Mead and Scott Neilson stole my laptop and certified documents with no authority and without my consent.

~26. December 28, 2020: in Las Vegas, Nevada, Kenneth Michael Mead testifies his plans for his willful trespass against :Victor-Manuel-Jr: Pizarro for witnessing two tribal ministers' divine Creator rights taken away in a [de]privation of rights case in Texas.

**Was anyone else there who witnessed these events?**
~27. Yes, the tribal sisters who were nearby as witnesses, and 1 other tribal member, a 911 dispatch operator and whoever was on scene at Walgreens on Warm Springs and Durango in Las Vegas, Nevada on November 23, 2020.

~28. See certified :true and correct proof label as Exhibit **A**: November 24, 2020: Joseph M Bonaventure dba Joe Bonaventure is witness that :Victor-Manuel-Jr: Pizarro was not to be confined.

~29. See certified :true and correct proof label Exhibit **B**: Certified court paper that states no warrant for me, :Victor-Manuel-Jr: Pizarro on November 5, 2020 nor on November 23, 2020.

~30. See certified :true and correct proof label Exhibit **C**: signed [De]claration listings showing the retaliation for being a whistleblower witness in a Texas [de]privation of rights case.

**For defendants' wrongful trespass, false confinement, privacy breach, slander and defamation of character and tortuous blockage, :Victor-Manuel-Jr: Pizarro's relief is:**
For court [injunctive] order, a Writ, stopping Defendants, their agents and assigns from taking judicial, or non-judicial actions, such as civil suits, criminal suits, and not limited to liens, or the use of force, or use of courts, use of federal law [en]forcement, use of marshal services, use of sheriff, use of police and other public officials against :Victor-Manuel-Jr: Pizarro, now and future.
For defendants not to threaten, harass, [ar]rest, confine, keep, hold :Victor-Manuel-Jr: Pizarro, nor put :Victor-Manuel-Jr: Pizarro in custody, both now and future.

For court order, a Writ, stopping defendants, their agents and assigns from being 9,000 feet near :Victor-Manuel-Jr: Pizarro both now and future.

For relief sum judgment for: Five Hundred Forty Thousand (540,000.00) dollars.

:Victor-Manuel-Jr: Pizarro demands trial by jury on triable issues.

January 20, 2021
With honour.
By: :Victor-Manuel-Jr: Pizarro. Executor. UCC1-308
Office of the Executor.
:Victor-Manuel-Jr: Pizarro, Executor.
Estate of Victor Manuel Jr Pizarro.
Reserving liberties and covenants.
care of 7260 West Azure Drive, Suite 140-173
702-703-4974
Tribaladministration4we@protonmail.com

## Verification

I, :Victor-Manuel-Jr: Pizarro, am of the age of majority and competent, hereby verify, under penalty of perjury, under the laws of the United States of America, without the "United States" (Federal government), that the facts I now know are are correct, according to firsthand knowledge, so help me God. See Supremacy Clause (Constitution, Laws, and Treaties are all the supreme Law of the Land).

January 20, 2021.
With honour.
By: :Victor-Manuel-Jr: Pizarro. Executor UCC1-308
:Victor-Manuel-Jr: Pizarro, Executor.
Reserving liberties and covenants.

## Affidavit of Background Facts:

~1. :Victor-Manuel-Jr: Pizarro: Man, is living and breathing with flesh and blood.

~2. :Victor-Manuel-Jr: Pizarro: is original American from the Yat'siminoli and Aniyawiya tribes.

~3. These tribes are misnomer as "Seminole" "Cherokee", "Indian", and "Native American".

~4. :Victor-Manuel-Jr: Pizarro's birth certificate states :Victor-Manuel-Jr: Pizarro is Native American of the Seminole and Cherokee tribes.

~5. As a tribal chief minister :Victor-Manuel-Jr: Pizarro works for Tribal Nations United Ministries Government, a tribe.

~6. As a tribal chief minister :Victor-Manuel-Jr: Pizarr works with tribe members within the tribe.

~7. Defendants know :Victor-Manuel-Jr: Pizarro works with the tribe.

~8. This retaliation was orchestrated by defendants Kenneth Michael Mead and Scott Neilson, who targeted :Victor-Manuel-Jr: Pizarro for being a witness and whistleblower in a false [ar]rest case filed in the Northern District of Texas United States District Court on March 24, 2020, Case 20-cv-00073 and 20-cv-00074.

~9. November 23, 2020: Defendants Kenneth Michael Mead, Scott Neilson, H Sutton and Andrea Edlana Mitre blocked :Victor-Manuel-Jr: Pizarro's right to travel with no authority, falsely [ar]rested :Victor-Manuel-Jr: Pizarro, breached :Victor-Manuel-Jr: Pizarro's privacy and wrongfully trespassed on :Victor-Manuel-Jr: Pizarro's property and persons without :Victor-Manuel-Jr: Pizarro's consent.

~10. Kenneth Michael Mead and Scott Neilson slanderous statements calling me a sovereign citizen and saying blacks have no rights is defamation of character especially as being original American, native to this land with family blood connection prior to the 1800s.

~11. Kenneth Michael Mead and Scott Neilson took :Victor-Manuel-Jr: Pizarro's private and personal property with no authority and with out consent.

~12. Defendant Eric Adam Goodman falsely proceeded against :Victor-Manuel-Jr: Pizarro with no authority and without my consent.

~13. December 28, 2020: Kenneth Michael Mead testifies he retaliated against me for witnessing a violation of due process of law in [a] [de]privation of rights case in Texas.

I, :Victor-Manuel-Jr: Pizarro confirm before my Creator (God) that every statement in this tort complaint and affidavit is correct and factual so help me my Creator, and if am to be called to testify, I will testify to the same.

Rebuttal to this affidavit must be answered line by line, word for word under penalty of perjury, under your personal and full commercial liability within 72 hours of receiving affidavit. If rebuttal is not given, then facts within this affidavit stands as truth and other claims opposite from these facts are null and void.

January 20, 2021
With honour.
By: :Victor-Manuel-Jr: Pizarro: Executor
Office of the Executor. UCC 1-308
:Victor-Manuel-Jr: Pizarro, Executor.
Estate of Victor Manuel Jr Pizarro.
Reserving liberties and covenants.